| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Michael G. Boyd, Esq. MB4904<br>BOYD & SQUITIERI, LLC<br>Chestnut Professional Center<br>157 Engle Street<br>Englewood, NJ 07631<br>Tel. No. 201-894-9800<br>Attorney for Debtor<br>In Re:<br><br>Lorna Roberts,<br><br>     Debtor. | Order Filed on December 17, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  ____19-25800-VFP____<br><br>Chapter:  _____13_____<br><br>Judge:   _____Papalia_____ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 17, 2019**

                 _____
                 **Honorable Vincent F. Papalia
                 United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __September 16, 2019__ :

Property:     104 North 2nd Street, Paterson, NJ 07522

Creditor:     Homepoint Financial

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __3/16/2020__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Lorna J. Roberts  
     Debtor

Case No. 19-25800-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 20, 2019  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2019.  
db    +Lorna J. Roberts,    104 North 2nd Street,    Paterson, NJ 07522-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:  
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Marie-Ann Greenberg    magecf@magtrustee.com  
      Michael G. Boyd    on behalf of Debtor Lorna J. Roberts michaelboydlaw@gmail.com  
      Nicholas V. Rogers    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      TOTAL: 5