UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL G. BOYD, ESQ. (MB-4904)
BOYD & SQUITIERI, LLC
157 ENGLE STREET
ENGLEWOOD, NEW JERSEY 07631
TEL. NO. 201-894-9800
Attorney for Debtor

In Re:

LORNA ROBERTS,

    Debtor.

Case No.: __19-25800-VFP__

Judge: __Papalia__

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.   ☒ Motion for Relief from the Automatic Stay filed by __Toyota Motor Credit Corp.__, creditor,

   A hearing has been scheduled for __April 2, 2020__, at __10:00am__.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2.   I oppose the above matter for the following reasons (**choose one**):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

Four payments of $895.00 will be made via Western Union on March 12, 2020
The February & March, 2020 payment will be made on by March 30, 2020.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 3/12/20

Date: 3/12/20

Debtor's Signature

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15