| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Michael G. Boyd, Esq. MB4904<br>BOYD & SQUITIERI, LLC<br>Chestnut Professional Center<br>157 Engle Street<br>Englewood, NJ 07631<br>Tel. No. 201-894-9800 |
|---|

**Order Filed on March 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re:<br>LORNA ROBERTS,<br><br>          Debtor. |
|---|

Case No.:  19-25800-VFP

Chapter:  13

Judge:  Vincent F. Papalia

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  10/16/2019  :

Property: 104 North 2nd Street, Paterson, NJ 07522

Creditor: Homepoint Financial

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  Debtor's counsel , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  June 16, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:  
Lorna J. Roberts  
    Debtor

Case No. 19-25800-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 26, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.  
db         +Lorna J. Roberts,    104   North 2nd Street,    Paterson, NJ 07522-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    HOME POINT FINANCIAL CORPORATION nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Gavin Stewart    on behalf of Creditor    Toyota Motor Credit Corporation bk@stewartlegalgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Michael G. Boyd    on behalf of Debtor Lorna J. Roberts michaelboydlaw@gmail.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                    TOTAL: 6