Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25800−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorna J. Roberts
   104 North 2nd Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5135

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 12/16/21 at 10:00 AM

to consider and act upon the following:

*69* − Creditor's Certification of Default (related document:47 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 11/12/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*71* − Certification in Opposition to (related document:69 Creditor's Certification of Default (related document:47 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Toyota Motor Credit Corporation. Objection deadline is 11/12/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Toyota Motor Credit Corporation) filed by Michael G. Boyd on behalf of Lorna J. Roberts. (Boyd, Michael)

Dated: 11/10/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court