| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on February 4, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Lorna J. Roberts<br><br>                              Debtor. | Chapter: 13<br><br>Case No.: 19-25800-VFP<br><br>Judge: Vincent F. Papalia |

### CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 4, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:            Lorna J. Roberts
Case No.:          19-25800
Caption of Order:  **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Toyota Motor Credit Corporation ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: 2017 Toyota Highlander; VIN: 5TDJZRFH1HS411766 **provided** that the Debtor complies with the following:

    a. On or before January 31, 2022, the Debtor shall file a modified plan providing for the payoff amount of $35,127.27 at 9.95% to be paid through the Plan over the remaining months of the Plan at $1,289.67 per month beginning with the February, 2022 payment, for a total amount of $**39,979.69**.

2. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

3. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees in the amount of $250.00 to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Michael G. Boyd* | */s/Gavin N. Stewart* |
| Michael G. Boyd, Esq. | Gavin N. Stewart, Esq. |
| 157 Engle Street | Stewart Legal Group, P.L. |
| Englewood, NJ 07631 | 401 East Jackson Street, Suite 2340 |
| | Tampa, FL 33602 |