Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25800−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorna J. Roberts
   104 North 2nd Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/16/23 at 10:00 AM

to consider and act upon the following:

*102* − Notice of Request for Loss Mitigation re:Home Point Financial, filed by Michael G. Boyd on behalf of Lorna J. Roberts. Objection deadline is 11/8/2023. (Attachments: # 1 Proposed Order requesting Loss Mitigation # 2 Certificate of Service of Desiree V. Janica) (Boyd, Michael) Modified on 10/26/2023 (Heim, Robert). REQUIRES HEARING DATE. COURT WILL SCHEDULE TO 11/16/2023 AT 10:00 AM.

Dated: 10/26/23

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court