| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    LORNA J. ROBERTS |

Order Filed on November 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-25800 VFP

Hearing Date:  11/2/2023

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: November 3, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): LORNA J. ROBERTS

Case No.: 19-25800

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 11/02/2023 on notice to MICHAEL G. BOYD, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $1,640.00 starting on 11/1/2023 for the remaining 10 month(s); and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.