UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

☐ represent _____ in this matter.

☐ am the secretary/paralegal for _____, who represents

_____ in this matter.

☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents

to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

Date: _____          _____

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

# BOYD & SQUITIERI, LLC

ATTORNEYS AT LAW

Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
Tel: (201) 894-9800
Fax: (201) 567-7809

_____

Michael G. Boyd, Esq.
Lisa R. Squitieri, Esq.

November 8, 2023

To All parties on the attached List

**Re:**   **Lorna J. Roberts**
**Case No. 19-25800-VFP**
**Notice of Loss Mitigation**
**Hearing Date 11/16/2023 at 10:00am**

Dear all parties,

I wanted to inform you that there is a Notice of Request for Loss Mitigation scheduled for November 16, 2023, at 10:00 am.

Very truly yours,

*Michael G. Boyd*

Michael G. Boyd

/dj

**List of Creditors**

Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004

Brock & Scott, PLLC
8757 Red Oak Blvd., Suite 150
Charlotte, NC 28217
Attn: Matthew Fissel, Esq.

Us Trustee Office
One Newark Center,
Newark, NJ 07102

Lorna J. Roberts
104 North 2nd Street
Paterson, NJ 07522

Toyota Motor Credit Corporation
PO Box 9013
Addison, Texas 75001

Bonial & Associates, P.C.
Authorized Representative for Toyota
P.O. Box 9013
Addison, Texas 75001