UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

Order Filed on January 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

   LORNA J. ROBERTS

Case No.:  19-25800 VFP

Hearing Date:  1/18/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: **January 19, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor(s): LORNA J. ROBERTS

Case No.: 19-25800

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/18/2024 on notice to MICHAEL G. BOYD, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $2,050.00 starting on 1/1/2024 for the remaining 8 month(s).