Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−25800−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lorna J. Roberts
   104 North 2nd Street
   Paterson, NJ 07522

Social Security No.:
   xxx−xx−5135

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/7/24 at 10:00 AM

to consider and act upon the following:

*124* – Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/28/2024. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN – ORDER) (Greenberg, Marie−Ann)

*126* – Certification in Opposition to Trustee Certification of Default (related document:124 Certification of Default of Standing Trustee. re: Failure to File an Amended Chapter 13 Plan Report. Filed by Marie−Ann Greenberg. Objection deadline is 2/28/2024. (Attachments: # 1 FAILED TO FILE MODIFIED PLAN – ORDER) filed by Trustee Marie−Ann Greenberg) filed by Michael G. Boyd on behalf of Lorna J. Roberts. (Boyd, Michael)

Dated: 2/20/24

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court