**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

Undeliverable Address:
Freedom Mortgage
Corporation

Role type/cr id: 519337035
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Undeliverable Address:
Freedom Mortgage
Corporation
Freedom Mortgage
Corporation

Role type/cr id: 519337036
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Freedom Mortgage Corporation
400 Rella Blvd Suite 165, Office 110, Suffern, NY 10901

/s/Michael G. Boyd                                              3/6/24
Signature of Debtor or Debtor's Attorney                        Date