UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL G. BOYD, ESQ.  (049291991)
Boyd & Squitieri, LLC
Chestnut Hill Professional Center
157 Engle Street
Englewood, New Jersey 07631
(201) 894-9800

In Re:

Lorna Roberts,

      DEBTOR.

**Order Filed on April 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-25800 (VFP)

Chapter: 13

Judge: Vincent F. Papalia

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on June 24, 2024 :

Property: 104 North 2nd Street, Paterson, NJ 07522

Creditor: Freedom Mortgage

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by Debtor , and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including June 24, 2024 .

[ ] The Loss Mitigation Period is terminated, effective _____ .

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2