Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25800−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Lorna J. Roberts
104 North 2nd Street
Paterson, NJ 07522

Social Security No.:
xxx−xx−5135

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 5, 2024.

Dated: April 5, 2024
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lorna J. Roberts  
    Debtor

Case No. 19-25800-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 05, 2024      Form ID: plncf13      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorna J. Roberts, 104 North 2nd Street, Paterson, NJ 07522-1808 |
| cr | + | D. Anthony Sottile Authorized Agent for Partners f, 394 Wards Corner Road,, Suite 180, Loveland, OH 45140-8362 |
| cr | + | HOME POINT FINANCIAL CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518411413 | + | Capital Bank, N.A., P.O. Box 539, Horsham, PA 19044-0539 |
| 519337035 | + | Freedom Mortgage Corporation, 400 Rella Blvd., Suite 165, Office 110, Suffern, NY 10901-8114 |
| 518411415 | + | Home Point Financial, P.O. Box 619063, Dallas, TX 75261-9063 |
| 518420002 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 518411418 | + | Phelan, Hallinan & Schmieg, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 518413804 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2024 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2024 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Apr 05 2024 21:00:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 05 2024 20:59:00 | Home Point Financial Corporation, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:03:53 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518411412 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 05 2024 20:59:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518411414 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 05 2024 21:04:19 | Capital One Bank USA NA, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 518517420 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 05 2024 21:00:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TC 75234-6451 |
| 518517439 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 05 2024 21:00:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 518411416 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2024 21:01:00 | Midland Funding, 2365 Northside Drive #300, San Diego, CA 92108-2710 |
| 518493625 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 05 2024 21:01:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2024 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518411417 | + | Email/PDF: cbp@omf.com | Apr 05 2024 21:04:23 | One Main, P.O. Box 1010, Evansville, IN 47706-1010 |
| 518447491 | | Email/PDF: cbp@omf.com | Apr 05 2024 21:03:54 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 518491888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:03:54 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518491924 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:03:53 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518411419 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 05 2024 21:03:51 | Portfolio Recovery Services, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 518411420 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 05 2024 21:14:54 | Synchrony Bank/JCP, PO Box 965007, Orlando, FL 32896-5007 |
| 518411421 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 05 2024 21:00:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 518475784 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 05 2024 20:59:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519337036 | | Freedom Mortgage, Corporation, Freedom Mortgage, Corporation |
| 518546902 | *+ | One Main, P.O. Box 1010, Evansville IN 47706-1010 |
| 518447492 | * | OneMain, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | |

on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com matthew.fissel@brockandscott.com

Michael G. Boyd

on behalf of Debtor Lorna J. Roberts michaelboydlaw@gmail.com desireevjanica@gmail.com

Phillip Andrew Raymond

on behalf of Creditor Home Point Financial Corporation phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

R. A. Lebron

on behalf of Creditor HOME POINT FINANCIAL CORPORATION bankruptcy@fskslaw.com

Shauna M Deluca

on behalf of Creditor Home Point Financial Corporation sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca

on behalf of Creditor HOME POINT FINANCIAL CORPORATION sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina

on behalf of Creditor Home Point Financial Corporation smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

William M.E. Powers

on behalf of Creditor Freedom Mortgage Corporation ecf@powerskirn.com

TOTAL: 13