Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 7, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Lorna J. Roberts, Case Number 19-25800, VFP

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102**

---

Undeliverable Address:
Freedom Mortgage
Corporation
Freedom Mortgage
Corporation

Role type/cr id: 519337036
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Freedom Mortgage- Corporate, 400 Rella Blvd Suite 165, Office 110, Suffern, NY 10901**

---

/s/Michael G. Boyd_____        5/3/24_____
Signature of Debtor or Debtor's Attorney                        Date


**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**