UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Lorna J. Roberts**

Case No. **19-25800**
Chapter: **13**
Judge: **VFP**

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, **Lorna J. Roberts**, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 9/24/2024

/s/Lorna J. Roberts
**Lorna J. Roberts**
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*